1. William M. Cox.
2. PO BOX 2044
3. BERKELEY, CA. 94702
4. 510 5680654

FILED
2010 APR 22 P 3:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

5. UNITED STATES DISTRICT COURT
6. NORTHERN DISTRICT OF CALIFORNIA
7.
8.                                        CV 10 1736
9. William M. Cox              DOCUMENT'S NAME
10.                              TERRORISM
11.     vs                      CRUEL UNUSAL
12.                              PUNISHMENT
13. JOSE VEGA, AND DR.          U.S.C. 8 AMENDMENT
14. RICHARD ZERCHER             GAS IS AIR BORN NOT ME, J'ST EVERY ONE!
15.          TO THE NORTHEN DISTRICT COURT,
16.    JOSE VEGA, DR. RICHARD ZERCHER, TOGETHER HAVE
17. COMMITED THREE ACT'S, OF TERRORISM. ONE ON A OLD LADY
18. FRANKIS. SHE DEAD!, SHE lived AT 225 BERRY ST. S.F. CA., Room #504
19.    JOSE VEGA lIVES WORK'S THERE, THE MANAGER, DIRECTOR
20. OF MISSION CREEK SENIOR HOUSING, AND DR. R.ZERCHER OF
21. CURRY SENIOR MEDICAL CENTER 333 TURK ST. S.F. CA. ARE TERRORIST, !
22. William M. COX, I HAVE BEEN TERRORIZED By THESE MEN.
23. WITH GAS'S AND RAITDION! ALSO DR. RONALD ROBINSON SUMMIT HOSP. OAK, CA WE ALL NEED A POLYGRAPH TEST.
24.    MR. GENE MARTWELL, OAKLAND DEVELOPMENT INSPECTOR,
25. INSPECTED TWO PLACE'S 1, lIVED 3124 TELEGRAPH. OAK, CA. AND
26. 542-25TH OAK. CA. HIS PHONE NUMBER IS 510 238-2952 · CALL
27. HIM, AND CALL HOME LAND SECURITY FOR TERRORIST.
                                                                    4-21-10
       UNDER THIS PENALTY OF PERJURY! William M Cox
4-21-10        1 OF 2           William M Cox

1. I, William M Cox
2. MAKE THESE STATEMENT'S UNDER THE PENALTY
3. OF PERJURY, I William M Cox, HAS SMELLED GAS
4. AT 12TH B.A.R.T, IN CIVIC CENTER OAKLAND AND AT CIVIC CENTER
5. 7TH MARKET, S.F. CA., I WAS ONLY IN THE ARMY. NATIONAL GUARD
6. FOR, ABOUT 200 DAY. TRAINING TO SHOOT ALL KIND'S GUN'S
7. AND SMELLED WMC GASES OF ALL KIND'S, I William M Cox.
8. WAS MADE A SQUAD LEADER, COMPANY - C-11-3. FORT ORD., CA.
9. IT'S AIR BORN HURTING! PEOPLE, ALL KIND'S OF PEOPLE,
10. AND AS I HAVE SAID BEFORE THEY KILLED, A OLD WHITE WOMAN
11. FRANCIS 225 BERRY APT #504. S.F. CA. IT NOT ONLY ME
12. THE GAS HURT PEOPLE WITH HEART, AND KIDNEY PROBLEM'S
13. AND LUNG'S ALSO!
14.       PUMPING GAS ON OTHER PEOPLE WITH INTENT,
15. ON HURTING A PERSON IS TERRORISM.
16.       I, SEEK HELP UNDER TERRORIST TERRORISM ACT. DO
17. WMC I SMELL GAS WHERE I PRAY MRS JD 31st TELEGRAPH, OAK. CA
18. NOT TRY TO HIDE IT. TO HELP! (TWO SICK MEN
19. WHO THINK IT ALRIGT TO KILL, THEY HAVE
20. MONEY, POWER, WITH COURT'S WHERE IN,
21. DENYING EQUAL PROTECION PROTECTION OF LAW TO THE
22. (POOR PEOPLE IN THE COUNTRY, THE US OF A!
23. JOSE VEGA, DR ZERCHER., TERRORIST BOTH!
24.       A POLYGRAPH TEST IS USED IN ACT
25.       OF TERRORISM. IT YOUR DUTY TO. 92% TRUTH!
26.       ● PUT THESE TWO AWAY, LIKE THE OTHER'S
27. 4-21-10  UNDER THE PENALTY, William M Cox
              OF PERJURY    William M Cox
              ( 2 OF 2 END PETITION )

I GOT ONLY S.S.I $850. MONTHLY I CAN NOT PAY! AND $850 FINE