**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. COX, | No. C-10-01736 EDL |
| Plaintiff, | **ORDER OF REASSIGNMENT** |
| v. | |
| JOSE VEGA, | |
| Defendant. | |

In view of the Report and Recommendation filed on June 17, 2010, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: June 17, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge