IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. COX,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE VEGA,<br><br>    Defendant.<br>_____/ | No. C 10-1736 CRB<br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |

    Magistrate Judge Laporte's June 17 Report and Recommendation proposes granting Plaintiff Cox's Application to Proceed <u>In Forma Pauperis</u>, and further proposes that the complaint be dismissed as frivolous pursuant to <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989). <u>See also</u> 28 U.S.C. § 1915(e)(2). Plaintiff Cox responds in a letter filed on July 6, 2010. However, Plaintiff's response, like his complaint, is unintelligible. Because he offers no reason that the Report and Recommendation is flawed in any way, this Court adopts that order.

    Therefore, Plaintiff's application to proceed in forma pauperis is GRANTED, but this action is DISMISSED WITH PREJUDICE as frivolous.

**IT IS SO ORDERED.**

Dated: July 12, 2010

                                                             CHARLES R. BREYER<br>
                                                             UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1736\Dismissal.wpd