1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM M. COX,

        Plaintiff,

  v.

JOSE VEGA,

        Defendant.
_____/

No. C 10-1736 CRB

**JUDGMENT**

      The Court, having dismissed Plaintiff's complaint under 28 U.S.C. § 1915, enters judgment against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 12, 2010

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1736\Judgment.wpd